|  |  |  |
|---|---|---|
| | ) | **United States District Court** |
| DEBBIE PITTMAN, on behalf of | ) | **Northern District of Illinois** |
| herself and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 1:25-cv-8273 |
| | ) | |
| v. | ) | |
| | ) | |
| SCENT SPLIT LLC, | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: February 19, 2026

_____

David B. Reyes, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street
Flushing, NY 11367
O: (844) 731-3343
Tel: (718) 554-0237
Email: Dreyes@ealg.law
*Attorney for Plaintiff*

*/s/Joshua B. Concannon*

Joshua B. Concannon
DENTONS US LLP
233 South Wacker Dr., Suite 5900
Chicago, Illinois 60606
(312) 876-8919
joshua.concannon@dentons.com
*Counsel for Defendant Scent Split LLC*